## McKeesport, Appellant, *v.* Equitable Gas Co.

*Public service companies—Rates—Equity—Jurisdiction—Public Service Commission—Act of July 26, 1913, P. L. 1374.*

A court of equity has no jurisdiction to entertain a bill which has for its purpose the regulation of rates of a public service company. The Public Service Commission has sole jurisdiction in such cases under the Act of July 26, 1913, P. L. 1374.

Argued May 18, 1920. Appeal, No. 109, Oct. T., 1920, by plaintiff, from decree of C. P. Allegheny Co., Jan. T., 1920, No. 152, dismissing bill in equity, in case of City of McKeesport v. Equitable Gas Co. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING and SIMPSON, JJ. Affirmed.

Bill in equity to compel gas company to furnish gas free of cost to municipality, as provided by franchise ordinances. Before EVANS, J.

The court dismissed the bill. Plaintiff appealed.

*Errors assigned* were (1) above decree, quoting demurrer and decree, (2) decree, and (3) decree, as violation of article I, section 10, U. S. Constitution.

*H. W. Douglass,* City Solicitor, for appellant.

*Edwin W. Smith,* of *Reed, Smith, Shaw & Beal,* for appellee.

PER CURIAM, June 26, 1920:

Leiper v. Baltimore & Philadelphia Railroad Company et al., 262 Pa. 328, is conclusive that the court did not have jurisdiction of appellant's bill, and the demurrer to it was properly sustained.

Appeal dismissed at the costs of the appellant.

*Public service companies—Rates—Equity—Jurisdiction—Public Service Commission.*

